**FILED**

2017 APR -4 A 8 17

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

CLERK
BANKRUPTCY COURT
NORTHERN DISTRICT FL

| | |
|---|---|
| J. GREGG WHITTAKER, <br> ANNETTE WHITTAKER. <br> 1416 Woodbury Lane <br> Liberty, Missouri 64068, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. KORNEGAY SR., <br> 320 Eloise Street <br> Tallahassee, Florida 32312, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Adv. No. 16-04016-KKS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## REQUEST THAT ACTION NOT BE DISMISSED

COMES NOW J. Gregg Whittaker and Annette Whittaker (hereinafter the "Plaintiffs" or "Whittaker") and their request that action not be dismissed by the Court for want of prosecution. Plaintiffs do not dispute the receipt of a Summons issued by the Clerk on November 15, 2016 (Doc. 3). However, since neither Plaintiff has any recollection of receiving a Summons, we assume our lack of knowledge of the process caused us to dismiss the document as informational only with no action required on our part. The Plaintiffs did not knowingly ignore the Summons. However, Plaintiffs are not asking the Court to accept ignorance of the law as a valid excuse for our inaction.

Rather, the Plaintiffs respectfully ask the Court to not dismiss the action in the interest of justice. Plaintiffs claim we were defrauded by Defendant for more than $2.4 million. This is supported by the U.S. Attorney's indictment of the Defendant on 13 counts of bank fraud on December 16, 2016, all directly related to the Plaintiffs' claim. Plaintiffs have been significantly damaged by the Defendant's fraud and breach of fiduciary responsibility. Moreover, Plaintiffs commit to not missing any further deadlines and asks the Court in earnest for its forbearance and to not dismiss the action.

Respectfully submitted,

J. Gregg Whittaker and Annette Whittaker
1416 Woodbury Lane
Liberty, MO  64068
816.809.1875 (mobile)