UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

ROBERT W. KORNEGAY, SR.,               Case No. 16-40367-KKS
                                       Chapter: 7

    Debtor.
_____/

J. GREGG WHITTAKER &                   Adv. No. 16-04016-KKS
ANNETTE WHITTAKER,

    Plaintiffs,
v.

ROBERT W. KORNEGAY, SR.,

    Defendant.
_____/

## ORDER FINDING ORDER TO SHOW CAUSE SATISFIED (Doc. 5)

THIS MATTER is before the Court on the *Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute* (the "Order to Show Cause," Doc. 5), which was entered on March 17, 2017.

Plaintiffs filed a timely response to the Order to Show Cause on April 3, 2017.[1] In the response, Plaintiffs did not dispute that the Summons issued by the Clerk was received, but stated that they believed the document was information only and required no action on the part of Plaintiffs. For this reason, it is

---

[1] *See Request That Action Not Be Dismissed*, Doc. 8.

ORDERED:

1. The Order to Show Cause (Doc. 5) is SATISFIED.

2. The Clerk of the Court is directed to issue an alias summons to Plaintiffs upon the entry of this Order.

3. Plaintiffs shall have through May 5, 2017 to properly serve Defendant, failing which this case will be dismissed without further notice or hearing.[2]

DONE AND ORDERED on   April 6, 2017                              .

KAREN K. SPECIE
United States Bankruptcy Judge

cc: all parties in interest

J Gregg Whittaker
1416 Woodbury Lane
Liberty, MO 64068

Annette Whittaker
1416 Woodbury Lane
Liberty, MO 64068

---

[2] *See* Fed. R. Civ. P. 4(m): "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time."